**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 128 DB 2017  (No. 81 RST 2017) |
| | : | |
| | : | |
| AMELIA MICHELE JOINER | : | Attorney Registration No.  89407 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
|   FROM ADMINISTRATIVE SUSPENSION | : | (Allegheny County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 7th day of November, 2017, the Report and Recommendation of Disciplinary Board Member dated October 26, 2017, is approved and it is ORDERED that Amelia Michele Joiner, who has been on Administrative Suspension, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.